# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

PEDRO VALERIO RIJO

CASE # 11-06248-13

**Debtor**

CHAPTER 13

## MOTION TO WITHDRAW FILINGS IN DOCKETS 11 AND 12

TO THE HONORABLE COURT:

    Comes now Debtor through his undersigned Attorney and to this Honorable Court most respecfully states and prays to

    1-Please withdraw the filings made by the undersigned attorney without signature in Docket 11 and 12.

**RESPECTFULLY SUBMITTED.**

In Stroudsburg, Pa., this 28TH DAY OF JULY 2011

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested parties subscribed to the service.

In Stroudsburg, Pa., this 28th day of July, 2011

/S/LCDO. HECTOR FIGUEROA VINCENTY
EL BUFETE DEL PUEBLO P.S.C.
AVE 65 de Infanteria #714, Norfe Building, suite201
SAN JUAN , PUERTO RICO 00924
787-378-1154
hector@elbufetedelpueblo.com
!JUSTICIA PARA TODOS!
USDC 12006